**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10042-tmd** |
| | § | |
| **SILICON HILLS CAMPUS, LLC,** | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |
| | § | |

| | | |
|---|---|---|
| **SILICON HILLS CAMPUS, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | **Adversary No. 20-01024-tmd** |
| v. | § | |
| | § | |
| **TUEBOR REIT SUB, LLC** | § | |
| | § | |
| **Defendant** | | |

**ORDER GRANTING**
**TUEBOR REIT SUB LLC'S MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court upon consideration of *Tuebor REIT Sub LLC's Motion for Summary Judgment* filed by Tuebor REIT Sub, LLC ("**Secured Lender**") on December 30, 2020 [Docket No. __] (the "**Motion for Summary Judgment**").

22

75772334

[A hearing on the Motion for Summary Judgment was not held.]

[A hearing on the Motion for Summary Judgment was held on _____, 2020.]

After considering the Motion for Summary Judgment, any objections or responses thereto, [and the arguments of counsel at the Hearing]; and it appearing that due and proper notice of the Motion for Summary Judgment and the Hearing has been provided under the circumstances; and it further appearing that good cause exists for the entry of an order granting the relief set forth herein; it is hereby:

**ORDERED** that the Motion for Summary Judgment is granted; and it is further

**ORDERED** that any and all objections to the Motion for Summary Judgment are hereby overruled; and it is further

**ORDERED** that this Adversary Proceeding is dismissed.

.

###

75772334