

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: February 10, 2021**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SILICON HILLS CAMPUS, LLC | § | Case No. 20-10042-tmd |
| | § | |
| Debtor | § | |

| | | |
|---|---|---|
| SILICON HILLS CAMPUS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 20-01024-tmd |
| | § | |
| TUEBOR REIT SUB, LLC | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
DECLARATION OF ROBERT PERELMAN**

On this day came on to be considered the *Plaintiff's Motion to Strike Declaration of Robert Perelman (the "Motion")*. After considering the Motion, the Court is of the opinion that it should be granted on the terms and conditions set forth herein. It is, therefore

037667-07110/4836-6550-2939.1

ORDERED that the Declaration of Robert Perelman filed on February 5, 2021 is hereby STRICKEN.

###

PREPARED AND ENTRY REQUESTED BY:

WALLER LANSDEN DORTCH & DAVIS, LLP
Mark C. Taylor
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417



037667-07110/4836-6550-2939.1