

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 10, 2021.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SILICON HILLS CAMPUS, LLC | § | Case No. 20-10042-tmd |
| | § | |
| Debtor | § | |

| | | |
|---|---|---|
| SILICON HILLS CAMPUS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 20-01024-tmd |
| | § | |
| TUEBOR REIT SUB, LLC | § | |
| | § | |
| Defendant. | § | |

### SECOND AMENDED SCHEDULING ORDER

On this day came on to be considered the *Joint Motion to Amend Scheduling* Order filed by Plaintiff, Silicon Hills Campus, LLC and Tuebor REIT Sub, LLC, and it appears to the Court that the Motion should be granted and a *Second Amended Scheduling Order* issued.

4817-6699-6191.1

It is, therefore, ORDERED, ADJUDGED, AND DECREED that docket call for trial and all prior deadlines are amended as follows:

1. Joinder of additional parties and amendment of pleadings without leave of Court: ***October 26, 2020***

2. Fact discovery deadline: ***April 26, 2021***

3. Designation of experts and exchange of reports for parties with the burden of proof on an issue deadline: ***May 12, 2021***

4. Responsive designations and exchange of reports deadline: ***June 7, 2021***

5. Expert discovery completed by: ***June 25, 2021***

6. Dispositive motion deadline: ***July 2, 2021***

7. Responses to dispositive motions: ***July 23, 2021***

8. Replies to dispositive motions: ***July 30, 2021***

9. Joint Pre-trial Order and proposed findings of fact and conclusions of law are due 7 days before docket call.

10. Docket Call for Trial is reset to **August 11, 2021 at 10:30 a.m.** in the United States Bankruptcy Court for the Western District of Texas, Austin Division, Courtroom No. 1. Completion and filing of a Joint Pretrial Order and proposed findings of fact and conclusions of law shall be governed by Local Rule 7016(c) and (d).

###

**AGREED AND ENTRY REQUESTED BY:**

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
Eric J. Taube (Bar No. 19679350
Morris D. Weiss (Bar No. 21110850)
Mark C. Taylor (Bar No. 19713225)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
Morris.Weiss@wallerlaw.com
Mark.Taylor@wallerlaw.com

ATTORNEYS FOR PLAINTIFF,
SILICON HILLS CAMPUS, LLC


POLSINELLI

By: */s/ Liz Boydston*
James H. Billingsley
State Bar No. 00787084
jbillingsley@polsinelli.com
Liz Boydston
State Bar No. 24053684
lboydston@polsinelli.com
Savanna Barlow
State Bar No. 24109617
sbarlow@polsinelli.com
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0300

ATTORNEYS FOR DEFENDANT,
TUEBOR REIT SUB, LLC

4817-6699-6191.1